**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00163-CV**
_____

**DEBUT SOLUTIONS, LLC, Appellant**

**V.**

**NEW CENTURY FINANCIAL, INC., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-04-05465-CV**

**MEMORANDUM OPINION**

Appellant Debut Solutions, LLC filed a motion to dismiss this appeal. The motion appears to be voluntarily made by appellant, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on February 10, 2021
Opinion Delivered February 11, 2021

Before Golemon, C.J., Horton and Johnson, JJ.